## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------ X<br>EDWARD HAYES, derivatively on behalf of<br>PARETEUM CORPORATION,<br><br>                Plaintiff,<br><br>      v.<br><br>ROBERT TURNER, EDWARD O'DONNELL,<br>DENIS MCCARTHY, VICTOR BOZZO, LUIS<br>JIMENEZ-TUNON, ROBERT LIPPERT, ROB<br>MUMBY, LAURA THOMAS, and YVES VAN<br>SANTE<br><br>                Defendants,<br>-and-<br><br>PARETEUM CORPORATION,<br><br>                Nominal Defendant.<br>------------------------------------ X | Case No. 1:20-CV-00212-LPS |
| JUANITA SILVERA, derivatively on behalf of<br>PARETEUM CORPORATION,<br><br>                Plaintiff,<br><br>      v.<br><br>ROBERT TURNER, EDWARD O'DONNELL,<br>DENIS MCCARTHY, VICTOR BOZZO, LUIS<br>JIMENEZ-TUNON, ROBERT LIPPERT, ROB<br>MUMBY, LAURA THOMAS, and YVES VAN<br>SANTE<br><br>                Defendants,<br>-and-<br><br>PARETEUM CORPORATION,<br><br>                Nominal Defendant.<br>------------------------------------ X | Case No. 1:20-CV-00230-LPS |

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X | |
| BRAD LINTON, derivatively on behalf of PARETEUM CORPORATION, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 1:20-CV-00179-LPS |
| v. : | |
| : | |
| ROBERT TURNER, EDWARD O'DONNELL, : DENIS MCCARTHY, LAURA THOMAS, : VICTOR BOZZO, LUIS JIMENEZ-TUNON, : ROBERT LIPPERT and YVES VAN SANTE, : | |
| : | |
| Defendants, : -and- : | |
| PARETEUM CORPORATION, : | |
| : | |
| Nominal Defendant. : | |
| : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X | |

### STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED CASES AND EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS TO TRANSFER AND PLAINTIFFS' COMPLAINTS

WHEREAS, there are presently three related stockholder derivative actions on behalf of Pareteum Corporation ("Pareteum" or "the Company") pending before the Honorable Leonard P. Stark in this Court, including: (1) *Hayes v. Turner, et al.*, No. 1:20-CV-00212-LPS (the "*Hayes* Action"); (2) *Silvera v. Turner, et al.*, No. 1:20-CV-00230-LPS (the "*Silvera* Action" ); and (3) *Linton v. Turner*, *et al.*, 1:20-CV-00179-LPS (the "*Linton* Action") (collectively, the "Related Actions").

WHEREAS, the Related Actions concern the same parties and arise from the same or similar transactions pursuant to Local Civil Practice and Procedure Rule 3.1(b).

WHEREAS, the parties have agreed that the Related Actions should be consolidated. Plaintiffs' Counsel believe that, upon consolidation, the Court should appoint liaison counsel to lead the consolidated litigation.

2

WHEREAS on March 13, 2020, Defendants filed a near identical Motions to Transfer Venue (the "Transfer Motions") in each of the Related Actions.

WHEREAS, the Parties have agreed to extend the time for Plaintiffs to respond to the Transfer Motions to: (1) provide sufficient time for consolidation of the Related Actions and for Plaintiffs to coordinate a response; and (2) account for disruptions caused by the coronavirus.

WHEREAS the Parties have agreed that, in the interests of judicial efficiency, the time for Defendants to answer, move, or otherwise respond to the Plaintiffs' Complaints should be extended until 40 days after the Court issues a decision on the Transfer Motions.

**IT IS HEREBY STIPULATED AND AGREED**, by and among undersigned counsel for the Parties, and subject to the approval of the Court, that:

1. Defendants accept service of the complaints filed in each of the Related Actions as of the date of this stipulation.

2. The Related Actions are hereby consolidated for all purposes, including pretrial proceedings, trial, and appeal and are referred to herein as the "Consolidated Action." Every pleading filed in the Consolidated Action or in any separate action included herein, shall bear the following caption:

| | |
|---|---|
| IN RE PARETEUM CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 1:20-cv-00179-LPS |
| THIS DOCUMENT RELATES TO: | |

3. The files of the Consolidated Action will be maintained in one file under Master File No.: 1:20-cv-00179-LPS.

4. When a document being filed pertains to all of the actions included within the Consolidated Action, the phrase "All Actions" shall appear immediately after the phrase "This

3

Document Relates To:". When a pleading applies only to some, but not all, of the actions included within the Consolidated Action, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first listed plaintiff in said action (e.g., "Case No. 1:20-cv-00212-LPS ("Hayes")).

5. The law firms Farnan LLP is appointed as Plaintiffs' Liaison Counsel in the Consolidated Action.

6. The briefing schedule on Defendants' Transfer Motions is as follows:

   a. Plaintiffs shall file any papers in opposition within 20 days of entry of this Order consolidating the Related Actions.

   b. Defendants shall file any reply papers in further support of the Transfer Motions within 10 days of Plaintiffs' filing their opposition papers.

7. Defendants need not answer, move, or otherwise respond to the Plaintiffs' Complaints. If the Court denies the Transfer Motions, within 30 days of such an order, the parties shall submit a schedule on the filing of a consolidated complaint and any anticipated motion to dismiss.

| | |
|---|---|
| Dated: April 3, 2020 | Respectfully submitted, |
| **FARNAN LLP** | **TYBOUT, REDFEARN & PELL** |
| By: /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Facsimile: (302) 777-0301<br>Email: bfarnan@farnanlaw.com<br>Email: mfarnan@famanlaw.com<br><br>-and- | By: /s/ Seth J. Reidenberg<br>Seth J. Reidenberg<br>750 Shipyard Dr., Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-6901<br>Facsimile: (302) 658-4018<br><br>-and-<br><br>**MCGUIREWOODS LLP** |

**GLANCY PRONGAY & MURRAY LLP**

Matthew M. Houston
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, New York 10019
Telephone: (212) 935-7400
E- mail: bsachsmichaels@glancylaw.com

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100 Los Angeles, California 90067 Telephone: (310) 201-9150
E-mail: rprongay@glancylaw.com

*Attorneys for Plaintiff Brad Linton*

**COOCH AND TAYLOR, P.A.**

By: /s/ Blake A. Bennett
Blake A. Bennett (#5133)
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
(302) 984-3800
Email: bbennett@coochtaylor.com
Attorney for Plaintiff

-and-

**BRAGAR EAGEL & SQUIRE, P.C. W.**
Scott Holleman
Melissa A. Fortunato
Garam Choe
885 Third Avenue
Suite 3040
New York, New York 10022
(212) 646-9449

-and-

**HYNES & HERNANDEZ, LLC**
Michael J. Hynes
Ligaya T. Hernandez

1251 6th Ave., 20th Floor
New York, NY 10020
Telephone: (212) 548-7086
Facsimile: (212) 715-6277

*Attorneys for the Defendants*

101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116 Facsimile: (914) 752-3041

*Attorneys for Plaintiffs Edward Hayes and Juanita Silvera*

## **ORDER**

The above stipulation having been considered, and good cause appearing therefore, **IT IS SO ORDERED.**

Signed this _____ day of _____, 20\_\_.

_____
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE